UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SMITH
        Plaintiff

   V.

SCIBILIO
        Defendant

CIVIL ACTION

NO. <u>04-11560-WGY</u>

### ORDER OF DISMISSAL

YOUNG, C. J.

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                      By the Court,

1/11/05                    <u>/s/ Elizabeth Smith</u>

**(4mdism.ord - 09/96)** **[odism.]**