# DWYER, DUDDY and FACKLAM
### ATTORNEYS AT LAW, P.C.
ONE CENTER PLAZA, SUITE 360,
BOSTON, MASSACHUSETTS 02108-1804

MATTHEW E. DWYER
CHRISTINA C. DUDDY†
PAUL M. FACKLAM, JR.
KATHLEEN A. PENNINI
BRIAN M. MASER

†ALSO ADMITTED TO PRACTICE IN THE STATE OF MAINE

FILED
CLERKS OFFICE

2005 JAN 18 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

TEL 617-723-9777

FAX 617-227-8692

January 14, 2005

United States District Court
District of Massachusetts
Civil Clerk's Office
One Courthouse Way, Suite 2300
Boston, MA 02210

RE:   <u>Rodney G. Smith, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan v. Anthony Scibilio</u>
C.A. No. 04-11560-WGY

Dear Sir/Madam:

I recently received notification that this case had been dismissed for failure to serve and file a summons within the time period prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. However, a summons was served upon the Defendant and was returned to the court on or about August 3, 2004. As such, please have this case re-activated.

At this time, though the Defendant has not yet served an answer, the Plaintiff has not moved forward with an entry for default, as the *pro se* Defendant has requested an extension of time to either file his answer or to remit the requested relief to the Plaintiff.

Very truly yours,

Kathleen A. Pennini

/kap

f:\l25hsip\scibilio\ltrs\01.14.05.usdc.summons.issue.doc:blg